UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DEANGELO L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:09-CV-85-SNLJ |
| ) | |
| MALISSA DORRIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

Plaintiff DeAngelo Thomas filed this prisoner civil rights case under 42 U.S.C. § 1983. One of the several defendants in this case, Cynthia Reese, has filed a motion for summary judgment (#56, amended motion #59). Plaintiff did not respond directly, but he filed a motion to voluntarily dismiss defendant Reese on January 7, 2011 (#67), which defendant Reese, naturally, does not oppose (#68).

Because plaintiff wishes to dismiss defendant Reese from this case, defendant Reese's motion for summary judgment shall be denied as moot, and she shall be dismissed with prejudice from the litigation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Cynthia Reese's Motion for Summary Judgment filed November 17 and 18, 2010 (#56, amended motion #59) is denied as moot.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss defendant Reese filed January 7, 2011 (#67) is GRANTED, and defendant Reese is DISMISSED with prejudice.

Dated this 1st day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE